HAROLD RODNER, Respondent, v. RICHMOND GARDENS REALTY CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.